THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tommy Swinson
 Adams, Appellant.
 
 
 

Appeal From Edgefield County
 John C. Few, Circuit Court Judge

Unpublished Opinion No. 2008-UP-560
 Submitted October 1, 2008  Filed October
10, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  A
 jury found Tommy Swinson Adams guilty of first-degree criminal sexual conduct
 with a minor and committing a lewd act on a minor.  Adams argues
 the trial judge erred in refusing to grant his motion for a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Adamss appeal and grant counsels motion to be relieved.[1] 
APPEAL DISMISSED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.